IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| SAMUEL PAINTER,[1] | § |
| | § No. 160, 2023 |
| Petitioner Below, | § |
| Appellant, | § Court Below—Family Court of |
| | § the State of Delaware |
| v. | § |
| | § |
| LOUISE PAINTER, | § File No. CN14-02909 |
| | § Petition No. 22-04905 |
| Respondent Below, | § |
| Appellee. | § |

Submitted: January 12, 2024
Decided: March 12, 2024

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its letter decision and order dated April 11, 2023.

NOW, THEREFORE, IT IS ORDERED, that the Family Court's judgment is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).